NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**PERRY R. ALEXCE,**
*Claimant-Appellant,*

v.

**ERIC K. SHINSEKI, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

---

2010-7073

---

Appeal from the United States Court of Appeals for Veterans Claims in case no. 06-3559, Judge Robert N. Davis.

---

**ON MOTION**

---

**ORDER**

Perry R. Alexce moves out of time for a 7-day extension of time, until July 21, 2011, to file his reply brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

__JUL 2 1 2011__                    /s/ Jan Horbaly
Date                                Jan Horbaly
                                    Clerk

cc:  Naomi E. Farve
     Jane W. Vanneman, Esq.                    **FILED**
                                    **U.S. COURT OF APPEALS FOR**
s21                                    **THE FEDERAL CIRCUIT**

                                    JUL 2 1 2011

                                    JAN HORBALY
                                    CLERK